Christopher M. Bunge, Esq. (SBN 258780)
cbunge@watttieder.com
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
4 Park Plaza, Suite 1000
Irvine, California 92614
Telephone: 949-852-6700

Attorneys for Plaintiff
ARCH INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>M.V.C. ENTERPRISES, INC. dba MORENO VALLEY CONSTRUCTION, a California corporation; JAY ZACHARY ZUPPARDO, a California resident; and JAY ANTHONY ZUPPARDO, a California resident;<br><br>　　　　　Defendants. | Case No. 5:21-cv-01876-JDE<br><br>Assigned to Magistrate Judge:<br>John D. Early<br><br>**ARCH INSURANCE COMPANY'S REQUEST FOR ENTRY OF JUDGMENT**<br><br>Complaint Filed: November 4, 2021 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

---

**ARCH INSURANCE COMPANY'S REQUEST FOR ENTRY OF JUDGMENT**

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
ATTORNEYS AT LAW
IRVINE

Pursuant to this Court's September 18, 2023 Order granting (Doc. No. 82) (the "Order") Arch Insurance Company's Motion for Summary Judgment, Arch hereby requests that the Court enter final judgment against all Defendants in the amount of $11,646,009.74. This request is filed pursuant to Federal Rule of Civil Procedure 58(d).

Concurrently with this Request, Arch has filed a dismissal of all remaining causes of action against the Defendants. Arch has also lodged a proposed form of judgment, a copy of which is attached hereto as **Exhibit A**.

Dated: September 20, 2023                    Watt, Tieder, Hoffar & Fitzgerald, L.L.P.


By: */s/ Christopher M. Bunge*
　　 Christopher M. Bunge
　　 Attorneys for Plaintiff
　　 ARCH INSURANCE COMPANY

**ARCH INSURANCE COMPANY'S REQUEST FOR ENTRY OF JUDGMENT**

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW
IRVINE

# EXHIBIT A

Christopher M. Bunge, Esq. (SBN 258780)
cbunge@watttieder.com
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
4 Park Plaza, Suite 1000
Irvine, California 92614
Telephone: 949-852-6700

Attorneys for Plaintiff
ARCH INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation, | Case No. 5:21-cv-01876-JDE |
| Plaintiff, | Assigned to Magistrate Judge: John D. Early |
| v. | |
| M.V.C. ENTERPRISES, INC. dba MORENO VALLEY CONSTRUCTION, a California corporation; JAY ZACHARY ZUPPARDO, a California resident; and JAY ANTHONY ZUPPARDO, a California resident; | **[PROPOSED] JUDGMENT** |
| Defendants. | |

WHEREAS, Plaintiff, Arch Insurance Company, moved for summary judgment against all defendants on August 11, 2023.

WHEREAS, Defendants MVC Enterprises, Inc. dba Moreno Valley Construction, Jay Zachary Zuppardo and Jay Anthony Zuppardo filed an opposition thereafter.

WHEREAS, on September 18, 2023, after reviewing all moving papers, supporting evidence and all opposition and evidence thereto, the Court granted Plaintiff Arch Insurance Company's Motion for Summary Judgment in part.

WHEREAS, after the September 18, 2023 order granting the Motion for Summary Judgment in part, Plaintiff Arch Insurance Company dismissed all remaining causes of action against Defendants.

NOW, THEREFORE, based upon the Court's September 18, 2023 order granting Arch Insurance Company's motion for summary judgment in part, IT IS ORDERED, ADJUDGED and DECREED as FOLLOWS:

1. Plaintiff Arch Insurance Company shall have and recover from Defendants MVC Enterprises, Inc. dba Moreno Valley Construction, Jay Zachary Zuppardo and Jay Anthony Zuppardo, the principal sum of Eleven Million Six Hundred Forty-Six Thousand Nine Dollars and Seventy-Four Cents ($11,646,009.74).

2. Interest on the principal sum of $11,646,009.74 at the Federal rate pursuant to 28 U.S.C. § 1961 shall accrue on the Judgment from the date of entry of this judgment.

IT IS SO ORDERED:

Dated:_____

_____
John D. Early
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I, Brianna LeVine, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 4 Park Plaza, Suite 1000, Irvine, California 92614.

On September 20, 2023, I electronically filed the attached document:

## [PROPOSED] JUDGMENT

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

| Robert J. Lynch, Esq.<br>**MCMAHON LYNCH LAW FIRM, INC.**<br>Attorneys at Law<br>1250 Corona Pointe Court, Suite 407<br>Corona, CA 92879<br>Phone: (951) 371-6868<br>Fax: (951) 371-8787 | *Attorneys for Defendants*<br>**MVC Enterprises, Inc. dba Moreno Valley Construction; Jay Zachary Zuppardo; and Jay Anthony Zuppardo** |
|---|---|

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 20, 2023, at Irvine, California.

*/s/ Brianna LeVine*
Brianna LeVine

20064101.1 103133.00016

# CERTIFICATE OF SERVICE

I, Brianna LeVine, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 4 Park Plaza, Suite 1000, Irvine, California 92614.

On September 20, 2023, I electronically filed the attached document:

**ARCH INSURANCE COMPANY'S REQUEST FOR ENTRY OF JUDGMENT**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

| | |
|---|---|
| Robert J. Lynch, Esq.<br>**MCMAHON LYNCH LAW FIRM, INC.**<br>Attorneys at Law<br>1250 Corona Pointe Court, Suite 407<br>Corona, CA 92879<br>Phone: (951) 371-6868<br>Fax: (951) 371-8787 | *Attorneys for Defendants*<br>**MVC Enterprises, Inc. dba Moreno Valley Construction; Jay Zachary Zuppardo; and Jay Anthony Zuppardo** |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 20, 2023, at Irvine, California.

/s/ *Brianna LeVine*
Brianna LeVine

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
ATTORNEYS AT LAW
IRVINE

CERTIFICATE OF SERVICE