JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>M.V.C. ENTERPRISES, INC. dba MORENO VALLEY CONSTRUCTION, a California corporation; JAY ZACHARY ZUPPARDO, a California resident; and JAY ANTHONY ZUPPARDO, a California resident;<br><br>Defendants. | Case No. 5:21-cv-01876-JDE<br><br>Assigned to Magistrate Judge: John D. Early<br><br>**JUDGMENT** |

WHEREAS, on November 4, 2021, Arch Insurance Company ("Plaintiff") filed a complaint ("Complaint") against M.V.C. Enterprises, Inc., Jay Zachary Zuppardo, and Jay Anthony Zuppardo (collectively, "Defendants");

WHEREAS on July 25, 2022, Jay Zachary Zuppardo and Jay Anthony Zuppardo filed a Second Amended Counterclaim ("SACC") against Plaintiff;

WHEREAS ON September 13, 2022, the Court issued an order granting Plaintiff's Motion to Dismiss the SACC with prejudice;

WHEREAS, on September 18, 2023, the Court issued an order granting Plaintiff's Motion for Summary Judgment in part, against Defendants as to the first and second causes of action alleged in the Complaint; and

WHEREAS on September 20, 2023, Plaintiff dismissed all remaining causes of action against Defendants except those as to which summary judgment had been granted in Plaintiff's favor.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED as FOLLOWS:

1. Plaintiff Arch Insurance Company shall have and recover from Defendants MVC Enterprises, Inc. dba Moreno Valley Construction, Jay Zachary Zuppardo and Jay Anthony Zuppardo, the principal sum of Eleven Million Six Hundred Forty-Six Thousand Nine Dollars and Seventy-Four Cents ($11,646,009.74).

2. Interest on the principal sum of $11,646,009.74 at the federal rate under 28 U.S.C. § 1961 shall accrue on the Judgment from the date of entry of this judgment.

3. All other claims asserted in the Complaint and in the SACC are hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: October 03, 2023

JOHN D. EARLY
United States Magistrate Judge